CHARLES RAHT, as Executor, etc., *v.* HENRY Y. ATTRILL et al.

(Argued January 13, 1890; decided January 28, 1890.)

APPEAL from order of the General Term of the Supreme Court in the third judicial department, made June 28, 1889, which affirmed an order of Special Term confirming the report of a referee appointed to take proof and pass upon a claim.

*Lewis Sanders* for appellant.

*William W. MacFarland* for respondent.

Agree to affirm ; no opinion.
All concur.
Order affirmed.

---

In the Matter of the Petition of JOHN CULLEN to Vacate an Assessment for Regulating, etc., First Avenue in the City of New York, from Ninety-second to One Hundred and Ninth Streets.

(Argued January 13, 1890; decided January 28, 1890.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made July 9, 1889, which modified, and affirmed as modified, an order of Special Term reducing an assessment.

*Charles E. Miller* for appellant.

*David J. Dean* for respondent.

Agree to affirm ; no opinion.
All concur.
Order affirmed.